

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

June 3, 2008.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

**VIA FACSIMILE AND U.S. MAIL**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007

Re:   Darren Edwards v. People of the State of
      New York,
      08 CV 0112 (RJS)

Your Honor:

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced habeas corpus proceeding. I respectfully request an extension of time to respond to the petition for a writ of habeas corpus from June 9, 2008 to August 8, 2008.

In Your Honor's Order dated April 10, 2008, you ordered that my office file its response by June 9, 2008. Although a copy of the record in this case has been made available, our office has not yet received the transcripts. Therefore, I am respectfully requesting an extension of time until August 8, 2008, so that I may obtain and review the record in this case and prepare a thorough response to the petition. This is my first request for an extension.

I thank the Court for its consideration to this matter.

*[Handwritten note:]* Request for 60 day extension is GRANTED. No further extensions will be granted absent truly compelling circumstances.
**SO ORDERED.**
RICHARD J. SULLIVAN
U.S.D.J.

*[Handwritten note:]* RESPONDANT SHALL notify all parties. Respondant shall file notice of appearance IMMEDIATELY.

Respectfully submitted,

Priscilla Steward
Assistant Attorney General
Federal Habeas Corpus Section
(212) 416-8737

120 BROADWAY, NEW YORK N.Y. 10271 · PHONE (212) 416-8750 · FAX (212) 416-8026 * NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US